WILKINSON v. DOUGLASS & DUNN.

ERROR from the supreme court. This case, with the names of the parties reversed, will be found in 17 *Wendell*, 431, *et seq.*, where a new trial was denied, upon which judgment was rendered for the plaintiffs. The defendant sued out a writ of error. After argument in this court, the CHANCELLOR delivered an opinion in favor of an *affirmance* of the judgment of the supreme court—he holding that the plaintiffs were entitled to recover under the *money counts*, but not upon the *special count*, describing the note as a note for $750. *Senator* MAYNARD delivered an opinion for a *reversal* of the judgment of the supreme court. The members of the court divided: 17 being for *affirmance* and 6 for *reversal*. Whereupon the judgment of the supreme court was affirmed.

---

HEWLETT *vs.* PEARSALL.

ERROR from the supreme court. This case, with the names of the parties reversed, will be found in 20 *Wendell*, 111, *et seq.* The defendant sued out a writ of error, and this court *affirmed* the judgment below by a vote of 19 to 4. See the case of *Post* v. *Pearsall, ante*, 425.

---

MURRAY, *appellant*, and GRAHAM and others, *respondents*.

APPEAL from chancery. This case will be found in 6 *Paige*, 622. Murray appealed from the decree of the chancellor reversing the decree of the vice chancellor of the third circuit, and this court *reversed* the decree of the chancellor, and modified that made by the vice chancellor.

Murray v. Graham.

*Senator* MAYNARD delivered an opinion for reversal ; neither of the judges of the supreme court delivered an opinion or voted upon the decision of the case. The vote stood for reversal, 10 ; for affirmance, 7.

END OF CASES IN ERROR.

For the purpose of laying before the profession a number of *non-enumerated cases* decided since the publication of the last volume, the report of the cases decided in the *court for the correction of errors* arising under the GENERAL BANKING ACT, are postponed until the next volume.